■ CLARA FLYNN et al., Appellants, v ARNOLD FENTON, Respondent. [595 NYS2d 327] —In an action to recover damages for medical malpractice, etc., the plaintiffs appeal from a judgment of the Supreme Court, Nassau County (Burke, J.), dated September 18, 1990, which, upon a jury verdict, was in favor of the defendant and against them.

Ordered that the judgment is affirmed, without costs or disbursements.

Despite the plaintiffs' claims to the contrary, the court's charge properly apprised the jury of the issues to be resolved and the legal standards to be applied (see, Simcuski v Saeli, 44 NY2d 442; Brown v Village Mobil Serv. Sta., 167 AD2d 158). Further, the court properly refused to submit to the jury the issue of continuous treatment (see, Rizk v Cohen, 73 NY2d 98). Mangano, P. J., Sullivan, Balletta and O'Brien, JJ., concur.

■ DANIELLE FOSTER, an Infant, by Her Mother and Natural Guardian, DIANE FOSTER, et al., Respondents, v TOYS "R" US —NYTEX, INC., Appellant. [595 NYS2d 327] —In an action to recover damages for personal injuries, etc., the defendant appeals from an order of the Supreme Court, Kings County (Huttner, J.), entered February 28, 1991, which denied its motion for a change of venue from Kings County to Suffolk County.

Ordered that the order is affirmed, with costs.

The court did not improvidently exercise its discretion in denying the defendant's motion for a change of venue to Suffolk County (see, CPLR 510 [3]; Weisemann v Davison, 162 AD2d 448; Filler v Cornell Univ., 147 AD2d 610; McAdoo v Levinson, 143 AD2d 819). Bracken, J. P., Lawrence, Miller, Copertino and Santucci, JJ., concur.